No. 88–1733. SOUTHERN BELL TELEPHONE & TELEGRAPH CO. *v.* STAMEY. C. A. 11th Cir. Certiorari denied. JUSTICE

O'CONNOR took no part in the consideration or decision of this petition.